746 F.2d 1471
 Humphries (Vance B.)
v.
Chesapeake City Police Department, Whitehurst (Marian P.),
Carter (Robert), Overton (William), Jenkins (Cecil),
Jenkings (J. Bennie), Keffer (John), Owens (Hugo), Rhodes
(William), Ward (William), Maxwell (John), Rein (James),
McCallum (M.R.), Hallman (Ronald), Kowalsky (Robert), Haley
(Robert), Bayley (H.P.), Justice (Richard), Draper (C.W.)
 NO. 82-2199
 United States Court of Appeals,
fourth Circuit.
 OCT 19, 1984
 
 1
 Appeal From: E.D.Va.
 
 
 2
 AFFIRMED.